Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*February 11, 2025*
Nathan Ochsner, Clerk of Court

Erick Scott Blackwood-Head, AKA Erick Scott Head

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Harris County Sherriff, Harris County DA, Unknown Officers (Local and Federal), Unknown Agencies, Departments, Contractors of Federal Government

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. **4:25-cv-00703**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Erick Scott Blackwood-Head, AKA Erick Scott Head |
| Address | 425 S Carancahua St/P.O. Box 3358 |
| | Corpus Christi, TX 78463 |
| | *City / State / Zip Code* |
| County | Nueces |
| Telephone Number | 3614639030 |
| E-Mail Address | kirect1@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Harris County Sherriff's Office |
| Job or Title *(if known)* | |
| Address | 1200 Baker St |
| | Houston, TX 71002 |
| | *City / State / Zip Code* |
| County | Harris |
| Telephone Number | 7132216000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Harris County DA's Office |
| Job or Title *(if known)* | |
| Address | 1201 Franklin St STE 600 |
| | Houston, TX 77002 |
| | *City / State / Zip Code* |
| County | Harris |
| Telephone Number | 7132745800 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**Defendant No. 3**
Name: Unknown Officers State, Local, and Federal Law Enforcement
Job or Title (if known):
Address:
City: 
State: NY
Zip Code: 14701
County:
Telephone Number:
E-Mail Address (if known):
[ ] Individual capacity   [✓] Official capacity

**Defendant No. 4**
Name: Chautauqua County Sherriff's Office, and DA
Job or Title (if known):
Address: 15 E Chautauqua St
City: Mayville
State: NY
Zip Code: 14757
County: Chautauqua
Telephone Number: 7167532131
E-Mail Address (if known):
[ ] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Since November of 2022, and prior, based on my reasonable suspicion, I have been subjected to warrantless surveillance, and arrest, in violation of my 4th, 5th, and 14th amendment. This surveillance, to the best of my knowledge, was politically motivated, and resulted in malicious prosecution by both the Harris County, and Chautauqua County DA's offices, as well as being subjected to excessive force in both the Harris County Jail, and Chautauqua County Jail, in violation of my 8th Amendment.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

4th, 5th, 8th, 13th, and 14th amendments. Personal privacy violations via the illegal monitoring of wireless and oral communications, which constitutes 4th, 5th amendment violations, as well as 14th amendment violations. It also constitutes violations of the 13th amendment, as due to the nature of my profession being communicative, it's unpaid labor.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All claims pertain to statutory applications of criminal law and policing activity, potentially related to FISA activities, or other investigative activities. Attempts to obtain FOIAs from Federal agencies have been met with resistance. U.S. v. Hasbajrami (11-cr-00623-LDH) ruled that FISA violates 4th amendment. Arrests and prosecutions were done so willingly with prior knowledge of information of innocence or affirmative defenses. Activities took place as willful attempt at humiliation, in violation of 42 USC 2000DD.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

I was initially arrested in Jamestown NY on 11/21/22 for allegations of Domestic Violence. I was acquitted of these charges on 12/4/23. It's my reasonable suspicion that I had been under surveillance prior to that time, and that the events leading up to those charges were in relation to that illegal surveillance. Similar circumstances arose in Harris County in 2024.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Initial arrest in violation of 4th amendment: 11/21/22. Excessive Force: 6/9/23. Subjected to multiple unlawful strip searches after 6/9/23 as retaliation for attempting to report excessive force. Malicious prosecution up until 12/4/23. Illegal monitoring maintained throughout time after release. Unlawful arrest: 7/11/24. Excessive force 7/12 or 7/13, and again a few days later, 7/15 or 7/16. Malicious prosecution up until 01/09/25.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Since November of 2022, and prior, based on my reasonable suspicion, I have been subjected to warrantless surveillance, and arrest, in violation of my 4th, 5th, and 14th amendment. This surveillance, to the best of my knowledge, was politically motivated, and resulted in malicious prosecution by both the Harris County, and Chautauqua County DA's offices, as well as being subjected to excessive force in both the Harris County Jail, and Chautauqua County Jail, in violation of my 8th Amendment. I was initially arrested in Jamestown NY on 11/21/22 for allegations of Domestic Violence. I was acquitted of these charges on 12/4/23. It's my reasonable suspicion that I had been under surveillance prior to that time, and that the events leading up to those charges were in relation to that illegal surveillance. Similar circumstances arose in Harris County in 2024, in which I was again charged with Domestic Violence, and again acquitted, this time by a Grand Jury. On 6/9/23 I was subjected to excessive force by Officer Cornell in Chautauqua County and then subjected to routine strip searches as retaliation for reporting. I was subjected to excessive force by an unknown office in Harris County after asking about PREA policies and put into solitary. Cont. ------

See Attached (1)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

When I was subjected to excessive force on 6/9/23, I suffered the fracture of my two front teeth. No medical treatment obtained up to this point due to continued harassment, and loss of wages and job opportunities as a result. I was also assaulted by another inmate while incarcerated in Chautauqua County, which may have been neglectful by staff at the time, suffering an injury to my back. I had an x-ray taken but never received the film. I have sustained lower L hip and back pain ever since. On October 11th, I was assaulted by Eric Head, and have a broken R pinky as a result. X-Ray and splint obtained for that incident. The willful actions of Defendants resulted in infliction of emotional distress and libel and slander, resulting in mental injury, loss of property, housing security, loss of social and familial relationships as a result of the Defendant's deliberate and malicious conduct.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

After my Initial Arrest I had a job offer in Cuba, NY at the County Hospital as a LVN for $40/Hr. I haven't been able to obtain a position at the same rate since. Therefore, I would like actual damages of $249,600 in lost wages, $100/day for illegal interception or oral and wireless communications, at approximately $1000, medical and legal fees, TBD, loss of property and accumulation of debt and damages to credit score, $150,000 and punitive damages of $5,000,000.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/29/2025

Signature of Plaintiff:
Printed Name of Plaintiff: Erick Scott Blackwood-Head, AKA Erick Scott Head

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
    *City*    *State*    *Zip Code*
Telephone Number:
E-mail Address:

(T)  A few days after I had my legal paperwork stolen and again put into solitary by another officer. It's my reasonable suspicion that these events were coordinated, and political, amounting to 241 and 242 violations, amounting to forced peonage. These suspicions were essentially confirmed by an incident with my father, Eric Head, in which he claimed my treatment was a result of violating his political beliefs. He also bonded me out of jail, only to demand labor without payment, and then threatened to put me back in jail. Some of these incidents I have on camera. Individuals either in contact with, or unknowingly working with either state, local, or Federal police and other private actors include; Emily Blackwood, Lukas Riczer, Mariel Augustine, Lacey Downey, Nika Solita Johnson, Stormie Lynn Simmons, Eric Head, Kimberly Head, Rena Evard, Josh Larso, Toni Dunn, David Dunn