Civil Action No. 4:25-cv-00703

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAR 27 2026

Nathan Ochsner, Clerk of Court

ERICK SCOTT BLACKWOOD-HEAD,
    Plaintiff,

v.

HARRIS COUNTY, TEXAS, et al.,
    Defendants.

Civil Action No. 4:25-cv-00703

## PLAINTIFF'S MOTION FOR ORDER DIRECTING
## U.S. MARSHAL TO EFFECT SERVICE OF PROCESS
## PURSUANT TO 28 U.S.C. § 1915(d) AND FED. R. CIV. P. 4(c)(3)

## INTRODUCTION

Plaintiff Erick Scott Blackwood-Head, proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, respectfully moves this Court for an order directing the United States Marshals Service to effect service of process upon each Defendant named in Plaintiff's Third Amended Complaint, filed contemporaneously herewith. Under 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3), the Court must order the Marshals Service to serve process when the plaintiff is authorized to proceed in forma pauperis. Plaintiff submits this motion, a proposed order, and completed USM-285 forms for each Defendant contemporaneously with the filing of the Third Amended Complaint.

## LEGAL BASIS

1. 28 U.S.C. § 1915(d) provides: "The officers of the court shall issue and serve all process, and perform all duties in such cases. Witnesses shall attend as in other cases, and the same remedies shall be available as are provided for by law in other cases." Federal courts have consistently interpreted § 1915(d) to require that when a plaintiff has been granted IFP status, the court must direct the U.S. Marshals Service to effect service of process without cost to the plaintiff. Lindsey v. U.S. R.R. Retirement Bd., 101 F.3d 444, 446 (5th Cir. 1996).

2. Federal Rule of Civil Procedure 4(c)(3) independently requires the court to order service by the Marshals Service when the plaintiff is authorized to proceed without prepayment of fees under 28 U.S.C. § 1915.

3. Plaintiff was previously granted IFP status in this action. That status applies to and encompasses service of the Third Amended Complaint upon the newly named and continuing Defendants. No new IFP application is required for service of an amended pleading in a case where IFP has already been granted.

4. This Court's Order of March 17, 2026 (Dkt. 80) expressly directed Plaintiff to file a Third Amended Complaint by April 20, 2026, and to timely serve the named defendants. Plaintiff files this motion contemporaneously with the Third Amended Complaint to ensure service is initiated without delay and in compliance with the Court's directive.

## DEFENDANTS TO BE SERVED AND SERVICE ADDRESSES

5. Plaintiff respectfully requests that the U.S. Marshals Service effect service upon the following Defendants at the addresses identified below. Completed USM-285 forms for each Defendant are submitted herewith.

| Defendant | Service Address | Capacity |
| --- | --- | --- |
| Harris County, Texas | Harris County Attorney's Office1019 Congress Ave., 15th FloorHouston, TX 77002 | Municipal Defendant |
| City of Houston, Texas | City of Houston Legal Dept.900 Bagby St., 4th FloorHouston, TX 77002 | Municipal Defendant |
| A. Reid, HPD Officer | Houston Police Department1200 Travis St.Houston, TX 77002(via HPD Legal Liaison) | Individual Capacity |
| A. Garza, HPD Officer | Houston Police Department1200 Travis St.Houston, TX 77002(via HPD Legal Liaison) | Individual Capacity |

6. With respect to Defendants Reid and Garza, Plaintiff requests that the Marshals Service attempt service through the Houston Police Department's legal liaison at 1200 Travis Street, Houston, Texas 77002. Should the City of Houston's legal department decline to accept service on behalf of Reid and Garza in their individual capacities, Plaintiff requests that the Marshals Service effect personal service upon each officer at HPD headquarters or their assigned division, as the Marshals Service deems appropriate. Plaintiff does not have the home addresses of Officers Reid or Garza and is not required to provide them for Marshal service in an IFP action.

7. John Does 1-10 (unknown Harris County correctional officers) cannot be served at this time because their identities are unknown. Plaintiff will seek their identification through discovery and will move for leave to amend to substitute their true names and effect service upon them at that time.

Civil Action No. 4:25-cv-00703

## COMPLIANCE WITH THE COURT'S MARCH 17, 2026 ORDER

8. The Court's Order of March 17, 2026 (Dkt. 80) warned Plaintiff that further successive, unwarranted filings may result in sanctions. Plaintiff submits this motion in strict compliance with the Court's directive: it is filed contemporaneously with the Third Amended Complaint, names only the defendants the Court has authorized, and requests only the service mechanism to which an IFP plaintiff is entitled as a matter of right under 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3). No discovery is sought and no dispositive motion is made herein.

9. Plaintiff further notes that under the Court's Order, he may not seek discovery or file a dispositive motion until the named defendants answer or, if they move to dismiss, the Court rules on those motions. Plaintiff will comply with this directive and will not pursue discovery or dispositive motions until the procedural prerequisites are satisfied.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter an order:

1. Directing the United States Marshals Service to effect service of process upon Harris County, Texas; City of Houston, Texas; A. Reid; and A. Garza, as named in Plaintiff's Third Amended Complaint, at the addresses identified herein and on the submitted USM-285 forms;

2. Waiving any requirement that Plaintiff personally advance costs of service, consistent with his IFP status under 28 U.S.C. § 1915; and

3. Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

Erick Scott Blackwood-Head
Pro Se Plaintiff
2202 Nodding Pines Dr., Apt. 232
Corpus Christi, Texas 78414
(361) 463-9030
kirect1@gmail.com